UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>        Plaintiff,<br><br>   v.<br><br>WEI TZANG, et al.,<br><br>        Defendants. | Case No. 14-cv-03818-KAW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 1 |

Plaintiff commenced this ADA case on August 22, 2014.  (Compl., Dkt. No. 1.) According to the scheduling order entered in this action, the last day for Plaintiff to complete service on the defendants or file a motion for administrative relief from the deadline was October 21, 2014.  *See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 1.  As of the date of this order, Plaintiff has not filed the required proof of service or filed a motion for relief from the deadline.

Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this order to show cause within 14 days.

**IT IS SO ORDERED**.

Dated: 01/07/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge